# United States District Court
# Central District of California

| | |
|---|---|
| CHRIS LANGER, an individual<br><br>Plaintiff,<br><br>v.<br><br>SAN PEDRO STREET PROPERTIES, LLC, a California limited liability company; and Does 1-10,<br><br>Defendants. | Case No. 2:17-cv-08780-ODW(AFM)<br><br>**JUDGMENT** |

On December 6, 2017, Plaintiff Chris Langer ("Plaintiff") filed this action against Defendant San Pedro Street Properties, LLC ("Defendant") for violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq*., and the Unruh Civil Rights Act, California Civil Code sections 51–53. (ECF No. 1.) On January 9, 2018, Plaintiff requested that the Clerk of Court enter default, which it did on January 10, 2018. (ECF Nos. 9, 13). Plaintiff thereafter moved for default judgment against Defendant on August 29, 2018. (ECF No. 19.) On November 8, 2018, the Court granted Plaintiff's motion for default judgment. (ECF No. 23.)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that

1. Plaintiff shall recover $4000.00 from Defendant as statutory damages;

2. To the extent that Defendant's parking lot is one of public accommodation, it must comply with the specifications set forth in the ADA Accessibility Guidelines; and

3. Plaintiff shall recover $600.00 in attorneys' fees and $625.00 in costs.

**IT IS SO ORDERED.**

November 8, 2018

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**